# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5025**

**September Term, 2025**

**1:25-cv-03301-UNA**

**Filed On:** June 9, 2026

Timothy R. Petrozzi,

      Appellant

    v.

Muriel Bowser, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Pillard, Rao, and Childs, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant and the supplements thereto.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  Upon consideration of the foregoing, the motion to appoint counsel, the motion to supplement the record, and appellant's declaration, it is

**ORDERED** that the motion to appoint counsel be denied.  In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits.  It is

**FURTHER ORDERED** that the motion to supplement the record be denied. Appellant has not shown that supplementation of the record on appeal is appropriate under Federal Rule of Appellate Procedure 10(e)(2)(C) or that it "would establish beyond any doubt the proper resolution of the pending issues" or otherwise would be "in the interests of justice," Colbert v. Potter, 471 F.3d 158, 165-66 (D.C. Cir. 2006) (citations omitted).  It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order entered December 9, 2025 be affirmed.  The district court correctly concluded that appellant's complaint was frivolous.  See Neitzke v. Williams, 490 U.S. 319, 325 (1989).  It is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 26-5025            September Term, 2025

       **FURTHER ORDERED**, on the court's own motion, that the Clerk not accept from appellant any further submissions in this case, except for one petition pursuant to Federal Rule of Appellate Procedure 40 and Circuit Rule 40, pending further order of the court.

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

             BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk